CHARLES S. MORROW, Appellant, v. RICHARD S. NEWCOMBE, as Executor

and Trustee, etc., of THOMAS J. MORROW, Deceased, and Another, Respondents.— Judgment unanimously affirmed, with costs, upon the ground that the finding of the trial court that the agreement was not made as alleged, is amply supported by the evidence.  Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.